~~LAW OFFICES OF BILL LATOUR~~
~~BILL LATOUR [CSBN: 169758]~~
~~1420 E. Cooley Dr., Suite 100~~
~~Colton, California 92324~~
~~Telephone: (909) 796-4560~~
~~Facsimile: (909) 796-3402~~
~~E-Mail: bill.latour@verizon.net~~

~~Attorney for Plaintiff~~

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DENISE L. MOORE, | ) No. EDCV 13 - 2046 AN |
| | ) |
| Plaintiff, | ) ~~[PROPOSED]~~ ORDER AWARDING EAJA FEES |
| | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN | ) |
| Acting Commissioner Of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($3,500.00) subject to the terms of the stipulation.

DATE: October 16, 2014              /s/ Arthur Nakazato
                                    HON. ARTHUR NAKAZATO
                                    UNITED STATES MAGISTRATE JUDGE